IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT and WRIGHT PRINTING CO., <br><br> Defendant. | **8:16CV537** <br><br> **ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 5th day of January, 2016.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge