IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC.,<br><br>   Plaintiff and counterclaim defendant,<br><br>vs.<br><br>MARK WRIGHT and WRIGHT PRINTING CO.,<br><br>   Defendants and counterclaimants,<br><br>and<br><br>MARDRA SIKORA, JAMIE FREDRICKSON, and ALEXANDRA KOHLHAAS,<br><br>   Defendants. | 8:16-CV-537<br><br>ORDER |

   This matter is before the Court on the defendants' objections (filing 473) to the designated deposition testimony of Mark Wright and Tom Nicholson.

Objections to Mark Wright's August 28, 2018, and May 9, 2022, Deposition Testimony

   The objections to the designations will all be overruled.

Objections to Tom Nicholson Deposition Testimony

   The objections to the designations will be overruled except for the following:

| | |
|---|---|
| 115:22-118:5 | Sustained, relevance. |
| 121:3-10 | Sustained, relevance. |
| 188:12-22 | Sustained, form. |

IT IS ORDERED that the defendants' objection (filing 473) is granted in part and denied in part.

Dated this 28th day of March, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge