IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT, WRIGHT PRINTING CO., MARDRA SIKORA, JAMIE FREDRICKSON, and ALEXANDRA KOHLHAAS, <br><br> Defendants. | 8:16-CV-537 <br><br> MEMORANDUM AND ORDER |

    This matter is before the Court on the defendants' motion to stay enforcement of judgment without a bond pursuant to Fed. R. Civ. P. 62(a). Filing 525. On April 20, 2023, the Court entered judgment in favor of Crabar/GBF, Inc. and against Mark Wright in the amount of $2,750,000; Wright Printing Company in the amount of $1,000,000; Mardra Sikora in the amount of $1,250,000; Jamie Fredrickson in the amount of $7,000; and Alexandra Kohlhaas in the amount of $3,500. Filing 512.

    The defendants have asked the Court to stay execution of the judgment during the pendency of to-be-filed Rule 50 and Rule 59 post-trial motions, and during the pendency of any appeal, without requiring them to post a bond. At this time, a very limited stay of execution on the judgment is warranted. The stay will be continued to June 2, 2023, to provide the plaintiff with an opportunity to respond, and to provide the defendants with additional time to secure their bonds. *See* filing 525 at 3. The stay may be continued without a bond if the plaintiff does not oppose the defendants' motion.

IT IS ORDERED:

1. The defendants' motion to stay enforcement of judgment (filing 525) is granted in part.

2. Execution on the April 20, 2023, judgment is stayed until June 2, 2023.

3. The plaintiff shall respond to the defendants' motion on or before May 30, 2023.

Dated this 17th day of May, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge