IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., | |
| Plaintiff, | 8:16-CV-537 |
| vs. | ORDER |
| MARK WRIGHT, et al., | |
| Defendants. | |

Defendant Mardra Sikora has filed a suggestion of bankruptcy (filing 675). This Court's rules provide that

> [u]pon the filing of a suggestion in bankruptcy, or other notification that a defendant in a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy.

NEGenR 1.5(a)(1). Accordingly, IT IS ORDERED:

1. This case, including all deadlines and settings, is stayed pursuant to 11 U.S.C. § 362 as to defendant Mardra Sikora. It may proceed as to all other defendants.

2. Filing 666 is denied as to defendant Sikora, without prejudice to reassertion after the bankruptcy stay is no longer in effect.

3.  Filing 667 is denied without prejudice to reassertion after the bankruptcy stay is no longer in effect.

4.  Beginning March 7, 2024, and every 90 days thereafter until the bankruptcy proceedings are complete, defendant Sikora shall file a report on this Court's docket which explains the current status of the bankruptcy proceedings.

5.  The Clerk of the Court shall flag this case as stayed and set an initial status report deadline for March 7, 2024.

Dated this 8th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge