IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT et al., <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

This matter is before the Court on the Receiver's third report and recommendation. Filing 707. The Receiver has recommended that the Court terminate the receivership because Mark Wright has deposited $4,000,000 with the Clerk of the Court. Filing 707. The Court will adopt the Receiver's recommendation.

Accordingly,

IT IS ORDERED:

1. The receivership, filing 693, is terminated.

2. The charging order, filing 665, is terminated.

3. Pursuant to Fed. R. Civ. P. 62(b), execution on the September 19, 2023, judgment, and the November 8, 2023, cost award is stayed as to defendant Mark Wright until 30 days after the final disposition of the pending appeal before the United States Court of Appeals for the Eighth Circuit.

4. The funds deposited by Mark Wright pursuant to filing 665 shall remain in an interest-bearing account in the registry of the Court until further order of the Court.

5. The Receiver shall file an application for fees, following NECivR 54.4, on or before April 1, 2024.

Dated this 12th day of March, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge