IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK WRIGHT et al.,<br><br>                Defendants. | 8:16-CV-537<br><br>ORDER |

This matter is before the Court on the Receiver's Fee Application. Filing 709. The motion is uncontested and will be granted.

IT IS ORDERED:

1.    The Receiver's Fee Application (filing 709) is granted.

2.    Mark Wright shall pay the Receiver's reasonable fees and expenses in the amount of $32,700 on or before May 10, 2024.

3.    The Receiver's payment shall be tendered to the Clerk of the Court, who shall then forward it to the Receiver.

4.    The Receiver shall complete IRS Form W-9 and submit the completed form to the Clerk of the Court via email at NEDml_FinancialAdmin@ned.uscourts.gov so that funds may be distributed.

Dated this 16th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge