IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT et al., <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

The Court has received the status report filed by Mardra Sikora (filing 713) advising that her bankruptcy proceeding has been dismissed. Accordingly,

IT IS ORDERED:

1. On or before June 13, 2024, Sikora shall show cause why the stay of this case as to her should not be lifted.

2. The Clerk of the Court is directed to enter a show cause deadline for June 13, 2024.

3. The June 5, 2024 status report deadline is terminated.

Dated this 6th day of June, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge