IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT, WRIGHT PRINTING COMPANY, JAMIE FREDRICKSON, and ALEXANDRA KOHLHAAS, <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

     Defendant Mardra Sikora's bankruptcy case has been dismissed. Filing 713. Sikora requests that the automatic stay be extended for 180 days while she prepares to refile. Filing 715. But because the bankruptcy case was dismissed, the automatic stay is lifted. 11 U.S.C. § 362(c)(2)(B); *see also Bullard v. Blue Hills Bank*, 575 U.S. 496, 503 (2015). Whether a stay should issue after future bankruptcy proceedings begin is a separate issue for another day. *But see* § 362(c)(3); *Bullard*, 575 U.S. at 503 (dismissal "can limit the availability of an automatic stay in a subsequent bankruptcy case").

     Accordingly,

     IT IS ORDERED that the stay as to Mardra Sikora (filing 677) is lifted.

     Dated this 14th day of June, 2024.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge