IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT, et al., <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

IT IS ORDERED:

1. The garnishment against garnishee Edward D. Jones & Co., LP, with respect to funds held on behalf of judgment debtor Mardra Sikora, is released.

2. The Clerk of the Court is directed to mail a copy of this order to the garnishee: Edward D. Jones & Co., L.P., PO Box 66906, St. Louis, MO 63166-6906.

Dated this 9th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge