IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT et al., <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

IT IS ORDERED:

1. The Clerk of the Court shall distribute the deposited funds for this case held in the Court's registry, along with any accumulated interest, to the Fraser Stryker Trust Account.

2. Fraser Stryker shall complete IRS Form W-9 and Form AO 213P and submit the completed forms to the Clerk via email at NEDml_FinancialAdmin@ned.uscourts.gov so that funds may be distributed.

Dated this 9th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge