IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRABAR/GBF, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK WRIGHT, et al., <br><br> Defendants. | 8:16-CV-537 <br><br> ORDER |

IT IS ORDERED:

1. The letters of credit issued by Dundee Bank for the benefit of Crabar/GBF, Inc. on the applications of Alexandra Kohlhaas (Irrevocable Letter of Credit No. 344044) and Jamie Fredrickson (Irrevocable Letter of Credit No. 344045) are released.

2. The Clerk of the Court is directed to mail a copy of this order to the issuer:

    Attn Adam Mroczek
    Dundee Bank
    5015 Underwood Ave.
    Omaha, NE 68132

Dated this 7th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge